# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TONKA HAYNES (#338440)

VERSUS

LT. CLARENCE PARKER, ET AL.

CIVIL ACTION

NO. 13-818-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 21, 2015 to which Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Cross Motion for Summary Judgment*[4] is denied; the Defendant's *Second Motion for Partial Summary Judgment*[5] on the claims of deliberate indifference, cruel and unusual punishment, and excessive force filed by Lt. Clarence Parker is granted in part dismissing the Plaintiff's Eighth Amendment deliberate medical indifference claim and denied as to all other respects of the Defendant's motion; and the Plaintiff's claims against Sgt. Frye are dismissed for failure to prosecute pursuant to

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Doc. 28.
[4] Rec. Doc. 18.
[5] Rec. Doc. 19.

Rule 4(m). Further, this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 16 day of March, 2015.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA