UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONKA HAYNES (#338440)

VERSUS

LT. CLARENCE PARKER, ET AL.

CIVIL ACTION

NO. 13-818-SDD-SCR

RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 20, 2015 to which the Plaintiff filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion for Partial Summary Judgment*[4] filed by Defendants, Lt. Clarence Parker and Capt. Gary Aymond, is granted in part and denied in part. The motion is denied as to the Plaintiff's excessive use of force and medical indifference claims against Lt. Parker. The motion is granted as to the Plaintiff's remaining claims against these Defendants and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 16 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 26.
[3] Rec. Doc. 28.
[4] Rec. Doc. 10.