UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONKA HAYNES (#338440)

VERSUS

LT. CLARENCE PARKER, ET AL.

CIVIL ACTION

13-818-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 3, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Clarence Parker's *Cross-Motion for Summary Judgment*[3] is granted in part, dismissing the Plaintiff's claim asserted against Defendant, Clarence Parker, in his official capacity. Further, the Plaintiff's *Cross-Motion for Summary Judgment*[4] is denied and this matter shall be referred back to the Magistrate Judge for further proceedings in connection with the Plaintiff's Eighth Amendment claim of excessive force asserted against Defendant, Clarence Parker, in the Defendant's individual capacity.

Baton Rouge, Louisiana the 23 day of March, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 63.
[3] Rec. Doc. 56.
[4] Rec. Doc. 61.